Reversed and Remanded and Memorandum Opinion filed February 15, 2007








Reversed
and Remanded and Memorandum Opinion filed February 15, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00786-CV

____________

 

ELIZABETH IRELAND, Appellant

 

V.

 

GREGORY & COOK, INC. A/K/A GREGORY & COOK 

CONSTRUCTION, INC, Appellee

 



 

On Appeal from the 11th
District Court

Harris County, Texas

Trial Court Cause No.  2005-81004

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 16,
2006.

On
January 11, 2007, the parties filed a joint motion to reverse the judgment and
remand the cause to the trial court.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the judgment is reversed and the cause remanded to the trial court.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 15, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.